AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

Plus Plus IP LLC

*Plaintiff(s)*

v.   Civil Action No. 1:24-CV-02158-CNS

Ushi Company LLC, 7908 Aspen LLC, and Jeffrey Berk,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 7908 Aspen LLC
415 East Hyman Avenue
Aspen, CO 81611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert D. Carroll
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/05/2024

s/ Y. Kareem

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

**State of Colorado**  **County of**  **U S District Court**

Case Number: 1:24-CV-02158-CNS

Plaintiff:
**PLUS PLUS IP LLC**

vs.

Defendant:
**USHI COMPANY LLC, 7908 ASPEN LLC, AND JEFFREY BERK**

For:
GOODWIN PROCTER LLP
100 NORTHERN AVENUE
BOSTON, MA 02210

Received by GOODWIN PROCTER LLP on the 7th day of August, 2024 at 8:55 am to be served on **7908 ASPEN LLC RA: GREENSPOON MARDER LLP, 1144 15TH ST, STE 2700, DENVER, CO 80202**.

I, MEGAN R GRIMES, being duly sworn, depose and say that on the **7th day of August, 2024 at 10:50 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **KEVIN DYER RA: GREENSPOON MARDER LLP** as **LEGAL ASSISTANT**, who stated they are authorized to accept service for: **7908 ASPEN LLC RA: GREENSPOON MARDER LLP** at the address of: **1144 15TH ST, STE 2700, DENVER, CO 80202**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 5'9, Weight: 140, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Private Process Server, in good standing, in the judicial circuit in which the process was served.

State of Colorado
County of Jefferson

Subscribed and Sworn to before me on the 7th day of August, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

LYNNE A GRIMES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034027345
MY COMMISSION EXPIRES 11-17-2027

**MEGAN R GRIMES**
Process Server

GOODWIN PROCTER LLP
100 NORTHERN AVENUE
BOSTON, MA 02210
(617) 570-1907

Our Job Serial Number: GRI-2024005496
Ref: CM# 158181/415944

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a