IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.:  24-cv-02158**

PLUS PLUS IP LLC,

    Plaintiff,

v.

USHI COMPANY LLC, 7908 ASPEN LLC, and JEFFREY BERK.

    Defendants.

---

### STIPULATION TO EXTEND DEADLINE FOR 7908 ASPEN LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Plaintiff Plus Plus IP LLC ("Plaintiff") and Defendant 7908 Aspen LLC ("7908"), by and through their respective counsel, respectfully submit this Stipulation to Extend Deadline for 7908 Aspen LLC to Respond to Plaintiff's Complaint.

### **STIPULATION**

1. On August 7, 2024, Plaintiff personally served its Complaint on 7908.

2. Pursuant to Fed. R. Civ. P. 6, 7908 has 21 days from the date of being served to respond to the Complaint.

3. Therefore, the deadline for 7908 to respond is August 28, 2024.

4. D.C.COLO.LCivR 6.1(a) allows parties to stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading. The stipulation need only be filed before the expiration of the time limits to respond prescribed and is effective as of the date of filing unless the Court orders otherwise.

5.       This is the parties' first request for an extension of time to respond to the Complaint.

6.       As such, Plaintiff and 7908 stipulate to an extension of 14 days for 7908 to respond to the Complaint. This makes the new response deadline September 11, 2024.

7.       Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will serve a copy of this motion on their respective clients.

DATED this 27th day of August, 2024.

Respectfully Submitted:

| | |
|---|---|
| */s/Andrew Atkins* | */s/Todd Marabella* |
| Christopher D. Bryan | Robert D. Carroll |
| Andrew Atkins | Todd Marabella |
| GARFIELD & HECHT, P.C. | GOODWIN PROCTER LLP |
| 625 East Hyman Avenue, Suite 201 | 100 Northern Avenue |
| Aspen, Colorado 81611 | Boston, Massachusetts 02210 |
| Telephone: (970) 925-1936 | Telephone: (617) 570-1000 |
| Fax: (970) 925-3008 | Fax: (617) 523-1231 |
| E-mail: cbryan@garfieldhecht.com | E-mail: RCarroll@goodwinlaw.com |
| E-mail: aatkins@garfieldhecht.com | E-mail: Tmarabella@goodwinlaw.com |
| *Attorneys for Defendant 7908 Aspen LLC* | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2024, a true and correct copy of the foregoing **STIPULATION TO EXTEND DEADLINE FOR 7908 ASPEN LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** was filed with the Court via CM/ECF and served via E-mail upon the following:

Robert D. Carroll
Todd Marabella
100 Northern Avenue
Boston, Massachusetts 02210

*/s/Rebekah Ortell*
Rebekah Ortell