IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02158-CNS-NRN

PLUS PLUS IP LLC,

Plaintiff,

v.

USHI COMPANY LLC,
7908 ASPEN LLC, and
JEFFREY BERK

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Defendant 7908 Aspen LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. 16) is GRANTED. Defendant 7908 Aspen LLC shall answer or otherwise respond to the Complaint on or before September 25, 2024.

Date: September 9, 2024