IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 24-cv-02158**

PLUS PLUS IP LLC,

    Plaintiff,

v.

USHI COMPANY LLC, 7908 ASPEN LLC, and JEFFREY BERK.

    Defendants.

---

### DEFENDANT 7908 ASPEN LLC'S UNOPPOSED MOTION FOR FOURTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Defendant 7908 Aspen LLC ("7908"), by and through its counsel, Garfield & Hecht, P.C., respectfully submits this Unopposed Motion for Fourth Extension of Time ("Unopposed Motion") to Respond to Plaintiff Plus Plus IP LLC's ("Plaintiff's") Complaint.

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(A), counsel for 7908 conferred with counsel for Plaintiff regarding this Unopposed Motion on October 8, 2024. This motion is unopposed.

### UNOPPOSED MOTION

1. On August 7, 2024, Plaintiff personally served its Complaint on 7908.

2. Pursuant to FED. R. CIV. P. 6, 7908 had 21 days from the date of being served to respond to the Complaint.

3. On August 27, 2024, the parties filed a Stipulation to Extend Deadline for 7908 Aspen LLC to Respond to Plaintiff's Complaint, extending the deadline to September 11, 2024.

3093435.1

4. On September 9, 2024, the Court granted 7908's Unopposed Motion to for Extension of Time to Respond to Plaintiff's Complaint, extending the deadline to September 25, 2024.

5. On September 20, 2024, 7908 filed its third Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Third Unopposed Motion"), extending the deadline to October 11, 2024. The Court granted 7908's Third Unopposed Motion.

6. Pursuant to the agreement of Plaintiff and 7908, 7908 requests an additional extension of 14 days for 7908 to respond to the Complaint, seeking a new response deadline of Friday, October 25, 2024.

7. FED. R. CIV. P. 6(b) authorizes the Court to extend a time by which an act must be done for good cause upon motion before the original time or its extension expires. D.C.COLO.LCivR 6.1 allows parties to stipulate in writing to one extension of not more than 21 days, and authorizes the Court to grant any other request for an extension of time upon motion stating the reason therefore, the length of the requested extension, and the number of extensions previously granted. Such motions must also establish good cause for the extension with particularity. CNS Civ. Practice Standard 6.1A(b); Uniform Civil Practice Standards of the United States Magistrate Judges Standard V.7.

8. Good cause to extend the deadline for 7908 to respond exists because the parties remain engaged in good-faith advanced negotiations to reach a global settlement of the allegations contained in Plaintiff's Complaint and other disputes between them. Extending 7908's deadline to respond to the Complaint will promote judicial efficiency by allowing time for the resolution of the disputes without the involvement of the Court.

3093435.1

9. The enlargement of time will not prejudice any party to this case, as is evidenced by the fact that it is unopposed.

10. The requested extension would be the fourth extension granted for 7908 to respond to the Complaint.

11. Consistent with D.C.COLO.LCivR 6.1(c) and CNS Civ. Practice Standard 6.1A(c), the undersigned represents that Cedric de Pasquale, Registered Agent for 7908, received service of this Unopposed Motion on behalf of 7908.

12. A proposed form of order is submitted herewith.

WHEREFORE, 7908 respectfully requests the Court to grant this Unopposed Motion and extend the deadline for it to respond to Plaintiff's Complaint up to and including October 25, 2024, and for any and all other further relief the Court may deem just and warranted.

DATED this 8th day of October, 2024.    Respectfully submitted,

GARFIELD & HECHT, P.C.

*/s/Andrew Atkins*
Christopher D. Bryan
Andrew Atkins
*Attorneys for Defendant 7908 Aspen LLC*

3093435.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2024, a true and correct copy of the foregoing **DEFENDANT 7908 ASPEN LLC'S UNOPPOSED MOTION FOR FOURTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was filed with the Court via CM/ECF and served via E-mail upon the following:

Robert D. Carroll
Todd Marabella
100 Northern Avenue
Boston, Massachusetts 02210

Cedric de Pasquale
415 E Hyman Avenue
Aspen, Colorado 81611

> */s/Rebekah Ortell*
> Rebekah Ortell

3093435.1