UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Plus Plus IP LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>Ushi Company LLC, 7908 Aspen LLC, and Jeffrey Berk,<br><br>     Defendants. | Civil Action No. 1:24-CV-02158-CNS-NRN |

## NOTICE OF SETTLEMENT

Pursuant to D.C. Colo. LCivR 40.2(b), Plaintiff Plus Plus IP LLC ("Plaintiff") hereby gives notice that it has reached an agreement in principle with Defendants Ushi Company LLC, 7908 Aspen LLC, and Jeffrey Berk ("Defendants") to settle all claims asserted against Defendants in this matter. Plaintiff anticipates filing a notice of voluntary dismissal with prejudice on or before October 25, 2024, the current deadline for Defendant 7908 Aspen LLC to answer or otherwise respond to the complaint.

Dated: October 11, 2024

Respectfully submitted,

/s/ Todd Marabella
Robert D. Carroll
Todd Marabella
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts  02210
Tel.:  617.570.1000
Fax.:  617.523.1231
RCarroll@goodwinlaw.com
TMarabella@goodwinlaw.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following by U.S. mail postage prepaid:

Christopher D. Bryan
Andrew Atkins
GARFIELD & HECHT, P.C.
625 East Hyman Avenue, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-1936
Fax: (970) 925-3008
E-mail: cbryan@garfieldhecht.com
E-mail: aatkins@garfieldhecht.com

*Attorneys for Defendant 7908 Aspen LLC*

Date: October 11, 2024                                          /s/ Todd Marabella
                                                                Todd Marabella